IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ANTHONY J. MAURIELLO, JR. | |
| Debtor | 18-14899-ref |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Extend the Time to an additional fourteen (14) days until August 22, 2018 to file the required documents of the Bankruptcy Petition, it is hereby ordered that this Motion is GRANTED.

BY THE COURT:

**Date: August 9, 2018**

_____
Honorable Richard E. Fehling