United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony J Mauriello, Jr.  
      Debtor

Case No. 18-14899-ref  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Aug 09, 2018  
                       Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 11, 2018.  
db             +Anthony J Mauriello, Jr.,  151 North School Lane,   Lancaster, PA 17603-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 9, 2018 at the address(es) listed below:  
         BARRY A. SOLODKY    on behalf of Debtor Anthony J Mauriello, Jr. bsolodky@n-hlaw.com, mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com  
         CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
         KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER 7 |
| ANTHONY J. MAURIELLO, JR. | : |
| | : 18-14899-ref |
| Debtor | : |

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Extend the Time to an additional fourteen (14) days until August 22, 2018 to file the required documents of the Bankruptcy Petition, it is hereby ordered that this Motion is GRANTED.

**Date: August 9, 2018**

BY THE COURT:

_____
Honorable Richard E. Fehling