# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony J. Mauriello Jr.<br>Debtor | CHAPTER 7 |
| PNC BANK NATIONAL ASSOCIATION<br>Movant<br>vs.  | NO. 18-14899 REF |
| Anthony J. Mauriello Jr.<br>Debtor | |
| Christine C. Shubert Esq.<br>Trustee | 11 U.S.C. Section 362 |

## **ORDER**

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 151 North School Lane, Lancaster, PA 17603 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 24, 2018**

United States Bankruptcy Judge.

cc: See attached service list

Anthony J. Mauriello Jr.
151 North School Lane
Lancaster, PA 17603

BARRY A. SOLODKY
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 17603

CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532