United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Anthony J Mauriello, Jr.
Anthony J Mauriello, Jr.
    Debtors

Case No. 18-14899-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: SaraR               Page 1 of 1               Date Rcvd: Aug 24, 2018
                              Form ID: pdf900       Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 26, 2018.
db         +Anthony J Mauriello, Jr.,   151 North School Lane,   Lancaster, PA 17603-2510
db         +Anthony J Mauriello, Jr.,   MAILING ADDRESS,   10 Cornell Road,   Cranford, NJ 07016-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 26, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 24, 2018 at the address(es) listed below:
          BARRY A. SOLODKY   on behalf of Debtor Anthony J Mauriello, Jr. bsolodky@n-hlaw.com,
           mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
          CHRISTINE C. SHUBERT   christine.shubert@comcast.net,   J100@ecfcbis.com
          KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                TOTAL: 4

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anthony J. Mauriello Jr.<br>                 Debtor | CHAPTER 7 |
| PNC BANK NATIONAL ASSOCIATION<br>                 Movant<br>     vs. | NO. 18-14899 REF |
| Anthony J. Mauriello Jr.<br>                 Debtor | |
| Christine C. Shubert Esq.<br>                 Trustee | 11 U.S.C. Section 362 |

## ORDER

AND NOW, at Reading, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is ORDERED AND DECREED that:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the subject premises located at 151 North School Lane, Lancaster, PA 17603 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: August 24, 2018**

United States Bankruptcy Judge.

cc: See attached service list

Anthony J. Mauriello Jr.
151 North School Lane
Lancaster, PA 17603

BARRY A. SOLODKY
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 17603

CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532