UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Anthony Mauriello, Jr.	:	Chapter 7

       Debtor	:	Bankruptcy No. 18-14899 REF

Praecipe to withdraw No Distribution report

To the Clerk:

Kindly withdraw the No Distribution report filed on September 5, 2018.

Dated:  September 6, 2018

         /s/ Christine C. Shubert, Esquire
          Chapter 7 Trustee
          821 Wesley Avenue
          Ocean City, NJ   08226
          609-923-7184