IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| ANTHONY J. MAURIELLO, JR. | : | |
| | : | Bankruptcy No. 18-14899 (REF) |
| Debtor | : | |

ORDER AUTHORIZING EXAMINATION UNDER
RULE 2004

AND NOW, this 15 day of November, 2018, upon consideration of the Motion of the Acting U. S. Trustee to conduct the examination of Anthony J. Mauriello, Jr. pursuant to FRBP 2004, and the response of Anthony J. Mauriello, Jr., if any, it is now, therefore

ORDERED, that **Anthony J. Mauriello, Jr.,** shall appear to be examined pursuant to FRBP 2004 regarding his bankruptcy case, including, but not limited to his assets, liabilities, income and expenses at the Office of the United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, Pennsylvania 19107 on January 14, 2019 at 1:00 p.m., or at such other time as fixed by the Office of the United States Trustee and may be continued from time to time until same is completed, and shall provide copies of documents requested by the U.S. trustee related to such examination.

_____
HONORABLE RICHARD E. FEHLING
Chief United States Bankruptcy Judge