United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Anthony J Mauriello, Jr.  
Anthony J Mauriello, Jr.  
    Debtors

Case No. 18-14899-ref  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: SaraR     Page 1 of 1     Date Rcvd: Nov 15, 2018  
Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.  
db    +Anthony J Mauriello, Jr.,    MAILING ADDRESS,    10 Cornell Road,    Cranford, NJ 07016-1607  
db    +Anthony J Mauriello, Jr.,    151 North School Lane,    Lancaster, PA 17603-2510

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018          Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2018 at the address(es) listed below:  
     BARRY A. SOLODKY    on behalf of Debtor Anthony J Mauriello, Jr. bsolodky@n-hlaw.com, mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com  
     CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com  
     CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net, J100@ecfcbis.com  
     DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov  
     KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 7 |
| ANTHONY J. MAURIELLO, JR. | : |
| | : Bankruptcy No. 18-14899 (REF) |
| Debtor | : |

## ORDER AUTHORIZING EXAMINATION UNDER RULE 2004

AND NOW, this __15__ day of November, 2018, upon consideration of the Motion of the Acting U. S. Trustee to conduct the examination of Anthony J. Mauriello, Jr. pursuant to FRBP 2004, and the response of Anthony J. Mauriello, Jr., if any, it is now, therefore

ORDERED, that **Anthony J. Mauriello, Jr.,** shall appear to be examined pursuant to FRBP 2004 regarding his bankruptcy case, including, but not limited to his assets, liabilities, income and expenses at the Office of the United States Trustee, 833 Chestnut Street, Suite 500, Philadelphia, Pennsylvania 19107 on ~~November 29~~ January 14, 2019 at ~~10:00 a.m.~~ 1:00 p.m., or at such other time as fixed by the Office of the United States Trustee and may be continued from time to time until same is completed, and shall provide copies of documents requested by the U.S. trustee related to such examination.

_____
HONORABLE RICHARD E. FEHLING
Chief United States Bankruptcy Judge