IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| ANTHONY J. MAURIELLO, JR. | 18-14899-ref |
| Debtor | |

## ORDER

AND NOW, this **20** day of **November**, 2018, based on the Motion to Withdraw as Counsel filed by Barry A. Solodky, Esquire and Nikolaus & Hohenadel, LLP, and there being provided an opportunity for a hearing, it is hereby ORDERED that the Motion is GRANTED. Barry A. Solodky, Esquire and Nikolaus & Hohenadel, LLP are removed as counsel of record for the Debtor, Anthony J. Mauriello, Jr.

BY THE COURT:

_____
Judge Richard E. Fehling