United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Anthony J Mauriello, Jr.
Anthony J Mauriello, Jr.
    Debtors

Case No. 18-14899-ref
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Nov 20, 2018
                         Form ID: pdf900     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2018.
db        +Anthony J Mauriello, Jr.,   151 North School Lane,   Lancaster, PA 17603-2510
db        +Anthony J Mauriello, Jr.,   MAILING ADDRESS,   10 Cornell Road,   Cranford, NJ 07016-1607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018     Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2018 at the address(es) listed below:
        BARRY A. SOLODKY   on behalf of Debtor Anthony J Mauriello, Jr. bsolodky@n-hlaw.com,
        mbleacher@n-hlaw.com;jsimmerok@n-hlaw.com;dpeiffer@n-hlaw.com
        CHRISTINE C. SHUBERT   christine.shubert@comcast.net, J100@ecfcbis.com
        CHRISTINE C. SHUBERT   on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
        J100@ecfcbis.com
        DAVE P. ADAMS   on behalf of U.S. Trustee   United States Trustee dave.p.adams@usdoj.gov
        KEVIN G. MCDONALD   on behalf of Creditor   PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                                      TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 7 |
|---|---|---|
| ANTHONY J. MAURIELLO, JR. | : | |
| | : | 18-14899-ref |
| Debtor | : | |

## ORDER

AND NOW, this **20** day of **November**, 2018, based on the Motion to Withdraw as Counsel filed by Barry A. Solodky, Esquire and Nikolaus & Hohenadel, LLP, and there being provided an opportunity for a hearing, it is hereby ORDERED that the Motion is GRANTED. Barry A. Solodky, Esquire and Nikolaus & Hohenadel, LLP are removed as counsel of record for the Debtor, Anthony J. Mauriello, Jr.

BY THE COURT:

_____
Judge Richard E. Fehling