```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
In re:                                                                       Case No. 18-14899-ref
Anthony J Mauriello, Jr.                                                     Chapter 7
Anthony J Mauriello, Jr.
      Debtors                          CERTIFICATE OF NOTICE
District/off: 0313-4          User: dlv                    Page 1 of 2                  Date Rcvd: Mar 28, 2019
                              Form ID: pdf900              Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 30, 2019.
db             +Anthony J Mauriello, Jr.,    151 North School Lane,    Lancaster, PA 17603-2510
db             +Anthony J Mauriello, Jr.,    MAILING ADDRESS,    10 Cornell Road,    Cranford, NJ 07016-1607
smg            +Bureau of Audit and Enforcement,     City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
14170615        American Express,    P.O.Box 981540,   El Paso, TX 79998-1540
14184919       +American Express,    P.O. Box 981537,   El Paso, TX 79998-1537
14184920        American Express(Alltran Financial),    P.O. Box 981540,    El Paso, TX 79998-1540
14170616       +Bank of Lancaster County,    101 North Pointe Blvd,    Lancaster, PA 17601-4108
14184924       +Dr. Robert S. Mathews, M.D.,    242 Manor Avenue,    Millersville, PA 17551-1126
14184925       +First National Bank of Pennsylvania,    s/b/m Metro Bank,    3801 Paxton Street,
                 Harrisburg, PA 17111-1418
14170617       +Henry & Beaver,    937 Willow St,    Lebanon, PA 17046-4932
14184926        Henry & Beaver,    937 Willow St,    PO Box 1140,   Lebanon, PA 17042-1140
14170618       +KML Law Group, P.C.,    Suite 5000 - BNY Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14261513       +LCS Financial Services Corporation,    6782 S Potomac St,    Suite 100,
                 Centennial, CO 80112-4585
14184927        Manley Deas Kochalski, LLC,    Attn: Cristina L. Connor, Esquire,    PO Box 165028,
                 Columbus, OH 43216-5028
14170619       +Metro Bank,    1249 Market Street,    Lemoyne, PA 17043-1419
14184928        PA Department of Revenue,    Bureau of Compliance,    Lien Section,    PO Box 280948,
                 Harrisburg, PA 17128-0948
14170622       +PNC Bank National Association,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14176011       +PNC Bank National Association,    c/o KML LAW GROUP, P.C.,    701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14184929       +PNC Bank, National Association,    300 Fifth Avenue,    The Tower at PNC Plaza,
                 Pittsburgh, PA 15222-2401
14184930       +Tucker Arensberg, P.C.,    Attn: Brett A . Solomon, Esquire,    1500 One PPG Place,
                 Pittsburgh, PA 15222-5413
14184931       +USA - US Attorneys Office,    US Dept.of Justice,    615 Chestnut Street, Suite 1250,
                 Philadelphia, PA 19106-4404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 29 2019 02:45:12     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,   Philadelphia, PA 19106-4404
14184918       +E-mail/Text: bnc@alltran.com Mar 29 2019 02:44:41     Altran Financial, LP,    5800 North Course,
                 Houston, TX 77072-1613
14184922       +E-mail/Text: cio.bncmail@irs.gov Mar 29 2019 02:44:45     Department of Treasury,
                 Internal Revenue Service,    PO Box 8208,    Philadelphia, PA 19101-8208
14170620        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 29 2019 02:45:28
                 PA Department of Labor and Industry,    Office of UC Tax Services,    651 Boas Street,
                 Harrisburg, PA 17121-0750
14170621        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2019 02:44:59     PA Department of Revenue,
                 Bankruptcy Division,    PO Box 280946,    Harrisburg, PA 17128-0946
14174536        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 29 2019 02:44:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +LCS Financial Services Corporation,    6782 S Potomac St,    Suite 100,
                 Centennial, CO 80112-4585
14184921*      ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury,      USA - Internal Revenue Service,
                 STOP 8420G,    PO Box 145595,    Cincinnati, OH 45250-9734)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-4          User: dlv              Page 2 of 2                  Date Rcvd: Mar 28, 2019
                              Form ID: pdf900        Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 30, 2019                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
              CHRISTINE C. SHUBERT     christine.shubert@comcast.net,  J100@ecfcbis.com
              CHRISTINE C. SHUBERT     on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANTHONY J. MAURIELLO, JR. | : | BANKR. NO.: 18-14899-REF |
| | : | |
| Debtor | | |

**ORDER EXTENDING TIME TO FILE A MOTION TO DISMISS PURSUANT TO 11 U.S.C. §707(b) AND TO FILE A COMPLAINT OBJECTING TO DISCHARGE**

AND NOW, this **28** day of March, 2019, upon consideration of the Acting U. S. Trustee's Motion for the entry of an order extending the time to file a motion to dismiss pursuant to 11 U.S.C. §707(b) and to file a complaint seeking denial of discharge, and the response of the Debtor, if any, it is now, therefore,

ORDERED, ADJUDGED and DECREED that the U. S. Trustee's Motion is GRANTED and the time to file a motion to dismiss pursuant to 11 U.S.C. §707(b) and file a complaint objecting to the Debtor's discharge is hereby extended for all parties to and including May 31, 2019.

_____
Honorable Richard E. Fehling
Chief United States Bankruptcy Judge