# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

## **NOTICE**

**NOTICE** is hereby given that:

1. On May 22, 2019, a Miscellaneous Order was entered by the presiding judge, the Honorable Richard E. Fehling, directing the Clerk of Court to reassign this matter to another bankruptcy judge due to his approaching retirement;

2. In accordance with this court's random assignment procedure, this matter has been reassigned to the Honorable Judge Jean K. FitzSimon.

Dated: May 23, 2019

                                                                    FOR THE COURT

                                                                    TIMOTHY B. MCGRATH
                                                                    CLERK

cc:
Judge(s)
Debtor
Trustee
US Trustee