United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-14899-jkf
Anthony J Mauriello, Jr.                                                Chapter 7
Anthony J Mauriello, Jr.
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR              Page 1 of 2                   Date Rcvd: May 31, 2019
                              Form ID: pdf900          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2019.
db             +Anthony J Mauriello, Jr.,    151 North School Lane,   Lancaster, PA 17603-2510
db             +Anthony J Mauriello, Jr.,    MAILING ADDRESS,   10 Cornell Road,   Cranford, NJ 07016-1607
smg            +Bureau of Audit and Enforcement,    City of Allentown,   435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,   Reading, PA 19601
smg            +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg            +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
14170615        American Express,   P.O.Box 981540,   El Paso, TX 79998-1540
14184919       +American Express,   P.O. Box 981537,   El Paso, TX 79998-1537
14184920        American Express(Alltran Financial),   P.O. Box 981540,   El Paso, TX 79998-1540
14170616       +Bank of Lancaster County,   101 North Pointe Blvd,   Lancaster, PA 17601-4108
14184924       +Dr. Robert S. Mathews, M.D.,   242 Manor Avenue,   Millersville, PA 17551-1126
14184925       +First National Bank of Pennsylvania,   s/b/m Metro Bank,   3801 Paxton Street,
                 Harrisburg, PA 17111-1418
14170617       +Henry & Beaver,   937 Willow St,   Lebanon, PA 17046-4932
14184926        Henry & Beaver,   937 Willow St,   PO Box 1140,   Lebanon, PA 17042-1140
14170618       +KML Law Group, P.C.,   Suite 5000 - BNY Independence Center,   701 Market Street,
                 Philadelphia, PA 19106-1538
14261513       +LCS Financial Services Corporation,   6782 S Potomac St,   Suite 100,
                 Centennial, CO 80112-4585
14184927        Manley Deas Kochalski, LLC,   Attn: Cristina L. Connor, Esquire,   PO Box 165028,
                 Columbus, OH 43216-5028
14170619       +Metro Bank,   1249 Market Street,   Lemoyne, PA 17043-1419
14184928        PA Department of Revenue,   Bureau of Compliance,   Lien Section,   PO Box 280948,
                 Harrisburg, PA 17128-0948
14170622       +PNC Bank National Association,   3232 Newmark Drive,   Miamisburg, OH 45342-5421
14176011       +PNC Bank National Association,   c/o KML LAW GROUP, P.C.,   701 Market St. Suite 5000,
                 Philadelphia, PA 19106-1541
14184929       +PNC Bank, National Association,   300 Fifth Avenue,   The Tower at PNC Plaza,
                 Pittsburgh, PA 15222-2401
14184930       +Tucker Arensberg, P.C.,   Attn: Brett A . Solomon, Esquire,   1500 One PPG Place,
                 Pittsburgh, PA 15222-5413
14184931       +USA - US Attorneys Office,   US Dept.of Justice,   615 Chestnut Street, Suite 1250,
                 Philadelphia, PA 19106-4404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 01 2019 04:26:36     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14184918       +E-mail/Text: bnc@alltran.com Jun 01 2019 04:25:23     Altran Financial, LP,   5800 North Course,
                 Houston, TX 77072-1613
14184922       +E-mail/Text: cio.bncmail@irs.gov Jun 01 2019 04:25:31     Department of Treasury,
                 Internal Revenue Service,   PO Box 8208,   Philadelphia, PA 19101-8208
14170620        E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Jun 01 2019 04:27:30
                 PA Department of Labor and Industry,   Office of UC Tax Services,   651 Boas Street,
                 Harrisburg, PA 17121-0750
14170621        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:25:43     PA Department of Revenue,
                 Bankruptcy Division,   PO Box 280946,   Harrisburg, PA 17128-0946
14174536        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2019 04:25:43
                 Pennsylvania Department of Revenue,   Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                               TOTAL: 6

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
cr*            +LCS Financial Services Corporation,   6782 S Potomac St,   Suite 100,
                 Centennial, CO 80112-4585
14184921*      ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                (address filed with court: Department of the Treasury,   USA - Internal Revenue Service,
                 STOP 8420G,   PO Box 145595,   Cincinnati, OH 45250-9734)
                                                                                               TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: May 31, 2019
                              Form ID: pdf900          Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2019 at the address(es) listed below:
          CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
          CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
           J100@ecfcbis.com
          DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
          KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 5
```

LOCAL BANKRUPTCY FORM 9014-3
UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :         Chapter 7
                                                    :
ANTHONY J. MAURIELLO, JR.,                          :         BANKR. NO. 18-14899-JKF
                                                    :
                      Debtor.                       :

**NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE**

The United States Trustee has filed a **Motion for a Further Extension of Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) and to File a Complaint Seeking Denial of Discharge** with the Court**.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then within **fourteen days** of the date of this Notice you or your attorney must do all of the following:

    (a)    file an answer explaining your position at:

    U.S. Bankruptcy Court, Eastern District of Pennsylvania
    400 Washington, Suite 300
    The Madison, Reading, PA 19601

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)    mail a copy to the movant's attorney:

    Dave P. Adams, Trial Attorney
    Office of the U.S. Trustee
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107
    (215) 597-4411 fax (215) 597-5795

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the assigned United States Bankruptcy Judge on **June 18, 2019 at 9:30 a.m.**, **in Courtroom #1**, United States Bankruptcy Court, 400 Washington Street, Suite 300, The Madison, Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.
Date: May 30, 2019