IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| ANTHONY J. MAURIELLO, JR., | : | BANKR. NO. 18-14899-JKF |
| | : | |
| Debtor. | : | |

**ORDER GRANTING THE U. S. TRUSTEE'S MOTION FOR AN EXAMINATION OF THE DEBTOR UNDER FRBP 2004 AND DIRECTING THE DEBTOR TO APPEAR FOR SUCH EXAMINATION AND TO PRODUCE DOCUMENTS AT OR PRIOR TO THE EXAMINATION**

AND NOW, this ____ day of June, 2019, upon consideration of the U. S. trustee's Motion for Examination of the Debtor Under FRBP 2004 and to Produce Documents and the response by the Debtor, if any, it is now, therefore,

ORDERED that the U. S. trustee's Motion is GRANTED as follows:

1. The Debtor shall appear to be examined under oath pursuant to Fed.R.Bankr.P. 2004 on **July 2, 2019**, at **2:00 p.m.** at the **Office of the U. S. trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania**.

2. At or prior to the above referenced examination, the Debtor shall provide to the U. S. trustee at the above address the documents identified on **Exhibit A** attached to this Order.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Dated: June 18, 2019

## EXHIBIT A

## DOCUMENT REQUEST

1. Copies of all statements from any financial institution in which you had an account or any interest in an account from January 1, 2016 through the present.

2. Copies all documents evidencing the payment of any expense on your behalf by any individual and/or entity from January 1, 2016 through the present.

3. Copies of all applications for travel visas and any other travel documents for any travel to any foreign country from January 1, 2015 through the present.

4. Copy of current passport, including all pages evidencing the granting or use of a visa.

5. Copies of all contracts for employment, whether domestic or foreign, from January 1, 2015 through the present.

6. Copies of all federal and/or state tax returns filed for the years 2015, 2016, 2017, and 2018.

7. Copies of statements for any credit cards you used and/or were used to make purchases and/or pay expenses on your behalf from January 1, 2016 through the present.