IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| ANTHONY J. MAURIELLO, JR. | : | BANKR. NO. 18-14899JKF |
| | : | |
| Debtor | : | |

**ORDER FURTHER EXTENDING THE TIME TO FILE
A MOTION TO DISMISS UNDER 11 U.S.C. § 707(b) AND TO FILE A COMPLAINT
OBJECTING TO DISCHARGE
UNDER 11 U.S.C. § 727**

AND NOW this 18th day of June, 2019, upon consideration of the U. S. trustee's Motion for a Further Extension of Time to File a Motion to Dismiss Pursuant to 11 U.S.C. § 707(b) and to File a Complaint Seeking Denial of Discharge, and the response of the Debtor, if any, it is now therefore:

ORDERED that the U. S. trustee's Motion is GRANTED and the deadline for all parties to take action under §§ 707(b) and 727 is extended to and including August 23, 2019.

_____
Hon. Jean K. FitzSimon
United States Bankruptcy Judge