United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-14899-jkf
Anthony J Mauriello, Jr.                                        Chapter 7
Anthony J Mauriello, Jr.
       Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Stacey              Page 1 of 1          Date Rcvd: Jun 18, 2019
                              Form ID: pdf900           Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
```
db         +Anthony J Mauriello, Jr.,    MAILING ADDRESS,    10 Cornell Road,    Cranford, NJ 07016-1607
db         +Anthony J Mauriello, Jr.,    151 North School Lane,    Lancaster, PA 17603-2510
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg        +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr         +LCS Financial Services Corporation,    6782 S Potomac St,    Suite 100,
             Centennial, CO 80112-4585
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 19 2019 02:54:54
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA   17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 19 2019 02:55:02     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
                                                                                             TOTAL: 2
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
```
              CHRISTINE C. SHUBERT    christine.shubert@comcast.net, J100@ecfcbis.com
              CHRISTINE C. SHUBERT    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net,
               J100@ecfcbis.com
              DAVE P. ADAMS    on behalf of U.S. Trustee    United States Trustee dave.p.adams@usdoj.gov
              KEVIN G. MCDONALD    on behalf of Creditor    PNC BANK NATIONAL  ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| ANTHONY J. MAURIELLO, JR., | : | BANKR. NO. 18-14899-JKF |
| | : | |
| Debtor. | : | |

**ORDER GRANTING THE U. S. TRUSTEE'S MOTION FOR AN EXAMINATION OF THE DEBTOR UNDER FRBP 2004 AND DIRECTING THE DEBTOR TO APPEAR FOR SUCH EXAMINATION AND TO PRODUCE DOCUMENTS AT OR PRIOR TO THE EXAMINATION**

AND NOW, this ____ day of June, 2019, upon consideration of the U. S. trustee's

Motion for Examination of the Debtor Under FRBP 2004 and to Produce Documents and the

response by the Debtor, if any, it is now, therefore,

ORDERED that the U. S. trustee's Motion is GRANTED as follows:

1. The Debtor shall appear to be examined under oath pursuant to Fed.R.Bankr.P. 2004 on **July 2, 2019**, at **2:00 p.m.** at the **Office of the U. S. trustee, 200 Chestnut Street, Suite 502, Philadelphia, Pennsylvania**.

2. At or prior to the above referenced examination, the Debtor shall provide to the U. S. trustee at the above address the documents identified on **Exhibit A** attached to this Order.

_____
Honorable Jean K. FitzSimon
United States Bankruptcy Judge

Dated: June 18, 2019

Page 1 of 2

## EXHIBIT A

## DOCUMENT REQUEST

1. Copies of all statements from any financial institution in which you had an account or any interest in an account from January 1, 2016 through the present.

2. Copies all documents evidencing the payment of any expense on your behalf by any individual and/or entity from January 1, 2016 through the present.

3. Copies of all applications for travel visas and any other travel documents for any travel to any foreign country from January 1, 2015 through the present.

4. Copy of current passport, including all pages evidencing the granting or use of a visa.

5. Copies of all contracts for employment, whether domestic or foreign, from January 1, 2015 through the present.

6. Copies of all federal and/or state tax returns filed for the years 2015, 2016, 2017, and 2018.

7. Copies of statements for any credit cards you used and/or were used to make purchases and/or pay expenses on your behalf from January 1, 2016 through the present.