## EXHIBIT A

## DOCUMENT REQUEST

1. Copies of all statements from any financial institution in which you had an account or any interest in an account from January 1, 2016 through the present.

2. Copies all documents evidencing the payment of any expense on your behalf by any individual and/or entity from January 1, 2016 through the present.

3. Copies of all applications for travel visas and any other travel documents for any travel to any foreign country from January 1, 2015 through the present.

4. Copy of current passport, including all pages evidencing the granting or use of a visa.

5. Copies of all contracts for employment, whether domestic or foreign, from January 1, 2015 through the present.

6. Copies of all federal and/or state tax returns filed for the years 2015, 2016, 2017, and 2018.

7. Copies of statements for any credit cards you used and/or were used to make purchases and/or pay expenses on your behalf from January 1, 2016 through the present.