IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I IN RE: | : | CHAPTER 7 |
| | : | |
| ANTHONY J. MAURIELLO, JR. | : | BANKR. NO. 18-14899 (JKF) |
| | : | |
| Debtor. | : | |

___

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| ACTING UNITED STATES TRUSTEE, | : | ADV. NO. 19-00145 (JKF) |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. MAURIELLO, JR. | : | |
| | : | |
| Defendant. | : | |

___

### ORDER OF COURT FOR ENTRY OF DEFAULT JUDGMENT

**AND NOW**, this   14th   day of November, 2019, it appearing of record that Plaintiff Andrew R. Vara, Acting United States trustee, has moved for a default judgment by reason of the failure of the Defendant, Anthony J. Mauriello, Jr., to answer the properly served Complaint Objecting to Discharge, or otherwise move within the time allowed, it is hereby ORDERED as follows:

The relief requested by the Plaintiff, the United States trustee, in his Complaint Objecting to Discharge Under 11 U.S.C. Section 727 (a) is GRANTED and judgment by default is entered against the Defendant in accordance with Rule 7055.

It is further ORDERED that the Defendant, Anthony J. Mauriello, Jr. is DENIED a Chapter 7 Discharge pursuant to 11 U.S.C. section 727(a)(5).

It is further ORDERED that a copy of the judgment be served by mail in the manner provided by Rule 7055 on the parties against whom the judgment is entered.

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
United States Bankruptcy Judge